# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

3/18/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 9:13:00 AM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO:     FIRST COURT OF APPEALS

From:    Deputy Clerk: DUANE C. GILMORE
         Chris Daniel, District Clerk
         Harris County, T E X A S

NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS

CAUSE: 2004-70000   COURT#: 333RD

VOLUME:   PAGE:     OR     IMAGE #: 61893138

NOTICE OF APPEAL FILE DATE: 3/17/2015

ATTORNEY/FILER: F. SCOTT BALDWIN, JR. SBOT: 1623800

JUDGMENT DATE: 8/8/2014                    DUE DATE: 4/16/2015

MOTION FOR NEW TRIAL FILE DATE: N/A

NUMBER OF DAYS: ( CLERKS RECORD ) 30

FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:   YES ☐   NO ☐

REQUEST FOR TRANSCRIPT FILED?: NONE

NOTICE OF APPEAL PREVIOUSLY FILED: Y

NOTES: Previous Appellate No. 01-07-00201-CV; Supreme Court Case No. 14-0757

CODES FOR NOTICE OF APPEAL:

                    CHRIS DANIEL
                    Harris County, District Clerk


                    By: /S/ DUANE C. GILMORE
                         DUANE C. GILMORE , Deputy

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

3/17/2015 2:45:09 PM
Chris Daniel - District Clerk Harris County
Envelope No. 4532028
By: Phyllis Washington
Filed: 3/17/2015 2:45:09 PM

MASTER DOCKET NO. 2004-70000

| | | |
|---|---|---|
| IN RE: | § | IN THE DISTRICT COURT |
| | § | |
| TEXAS STATE SILICA PRODUCTS | § | |
| LIABILITY LITIGATION | § | HARRIS COUNTY, TEXAS |
| | § | |
| Plaintiffs | § | 333rd JUDICIAL DISTRICT |
| | § | (Judge Joseph J. "Tad" Halbuach, Jr.) |
| This Document Relates to All Cases | § | |

CAUSE NO. 2005-578350

| | | |
|---|---|---|
| EARNEST ACLES, ET AL | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| ACF INDUSTRIES, INC., ET AL | § | 333rd JUDICIAL DISTRICT |

CAUSE NO. 2005-578351

| | | |
|---|---|---|
| TRAVIS BOWIE, ET AL | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| ACF INDUSTRIES, INC., ET AL | § | 333rd JUDICIAL DISTRICT |

## NOTICE OF APPEAL TO THE COURT OF APPEALS

EARNEST ACLES, CLOTENE ADAMS, HERBERT ADAMS, ROBERT ADAMS, DWIGHT ADDY, GENE ADKINS, JAMES S. ALFORD, JOHN ALLEN, ROBERT K. ALLISON, JOHNNIE AMMONS, ARTIS ANDERSON, ROBERT L. ANDERSON, ROSEVELT ANDERSON, DECEASED (Pending Estate), TERRY L. ARLEDGE, JOHN ARMSTRONG, JAMES R.

ARNOLD, JR., JAMES ARP, BRYANT BAILEY, RUFUS R. BAILEY, DECEASED, JAMES L. BAKER, JOHNNIE L. BALOUS, JERRY L. BARNES, IRENE BEATTY, BOBBY BELL, JACKY BLACK, GARY BOGENSCHUTZ, HENRY O. BOLANOS, DECEASED, WILLIE J. BOONE, GEORGE BORENS, FLOYD BOSTWICK, CHARLES BOUCHER, DAVID BOUKNIGHT, KATHERINE BOWEN, TRAVIS BOWIE, DONNYE BOYCE, GERALD A. BOYUM, ELBERT BRADLEY, LEONARD GLEN BRADLEY, WILLIS BREWTON, RONNY BROOKS, WESLEY BROOKS, CLEVELAND BROUGHTON, JOHN D. BROWN, JOHNNY RAY BROWN, JOE BRUMBLE, ROBERT BRYANT, DAVID BRYSON, JAMES BURKS, WINFRED BYRD, RANDY CALLAWAY, CARL CAMPBELL, DONNA CARGILL, THOMAS CARLISLE, JR., AUBREY CARRELL, JAMES T. CARTER, BILLY CARVER, JR., LINDA CARVER, EARL WAYNE CASH, JOHN CHILDS, JAMES CHISM, WILLIAM G. COCHRAN, EARLENE COOK, HARLEAUX COOPER, RODNEY COOPER (DECEASED), MARC COWING, MICHAEL G. COX, RICHARD CRUMP, BOBBY L. DANIELS, JEFF DANIELS, KENNETH DANIELS, BRIAN DAVIDSON, ANTHONY DAVIS, BOBBY R. DAVIS, CHARLES DAVIS, DONALD W. DAVIS, THOMAS DEAN, GARDNER DERAMUS, SR., JOHN E. DIXON, ROBERT DIXON, A. C. DOTIE DECEASED, JERRY DOUGLAS, BOBBY DRAPER, CHARLES DRAPER, GERALD DUGAI, TAYLOR DUNCAN, GENE A. EDDIE, JIMMIE ELLIS, DECEASED, JAMES ESTERS, DECEASED, RODNEY EVERETT, JR., JAMES H. FERGUSON, RUSSELL FERRELL, LAVAUGHN FIELDS, JAMES D. FIFE, STEVEN FITE, SR, DAVID FLANAGAN, LARRY DONELLE FLETCHER, JEANNINE FORREST, DECEASED, JAMES D. FREEMAN, JERRY FREENY, LESLIE E. GAMEL, BALTASAR GARCIA, JOSEPH GARCIE, A. C. GARRETT, JAROME GARRETT, DAVID GAUT, LEWIS GAUT, DECEASED, RICKY GIBSON, JACK GLASCO, DECEASED, TODD GLASS, FRED GOODSON, DECEASED, JAMES GORDON,

ROBERT A. GRAHAM, STEVEN GRAHAM, DAVID GREEN, CHARLES R. GRIFFIN, HENRY GRIFFIN, MARK GRIFFIN, PAUL GRIFFIN, WILLIE E. GRIFFIN, RICHARD HADEN, SAMMIE HAGGERTY, ALIX HALL, RONALD HALL, LAURENT L. HALLONQUIST DECEASED, THOMAS E. HAMILTON, FRANK HAMMERS, KELLY HARMON, BILLY HARRELL, DECEASED HOLD, BILLY B. HARRIS, LAVALE HARRIS, RONNIE HARRIS, VINCENT HARRIS, JOHN HARROD, PAMELA M. HARVEY, DOUGLAS HATT, JOEL HATT, BILLY R. HATTEN, EZEKIEL HAWKINS, ROYAL HAWKINS, DECEASED, CHARLES HAYNES, W. JEFF HEADRICK, MARK HELMS, ROBERT HEMUS , LARRY W. HENDRY, BILLY HERNDON, ALLAN HICKS, ARTIS HICKS, BILLY HICKS, DONALD HICKS, RICHARD L. HIGGINBOTHAM, ELBERT HILL, RONALD C. HILL, STELLA HILL, ROMEY HOLMES, JAMES L. HOWELL, MICHAEL HOWELL, ROBERT HOWELL, JIMMY HUBBARD, SIDNEY HUBBARD, DECEASED, GARY HUDSON, BILLY HUNT, CLYDE HUTCHINS, DECEASED, HUBERT INGRAM, BETTY JACKSON, DELBERT JACKSON, DOUGLAS JACKSON, LEROY JACKSON, CHRIS JAMES, RONNIE JEFFERY, CLAUDELL JOHNSON, JR., DENNIS JOHNSON, DECEASED, EVERY JOHNSON, GLENN JOHNSON, JESSIE JOHNSON, LINDSEY JOHNSON, DECEASED, LUTHER JOHNSON, MATTHEW JOHNSON, RONALD JOHNSON, SIDNEY JOHNSON, ULYSSES JOHNSON, VICKIE JOHNSON, ANDERSON JONES, JR., BILLY JOE JONES, BRUCE JONES, CARL R. JONES, DENNIS JONES, ESTON JONES, JR., JAMES HUBERT JONES, DECEASED, KENNETH RAY JONES, LEONARD JONES, RONALD JONES, THOMAS JONES, JR., THOMAS E. JONES, T. L. JONES, TULLIS JONES, WILLIE J. JONES, JR., WILTON JONES, R. E. JOSEY, LEONARD KARR, DECEASED, KENNETH H. KEASLER, DECEASED, WILLIAM EARL KELLER, DELORIS KELLEY, CARVIS KEY, ANDERSON KING, RICKEY KING, SHARRUAN LACY,

EDDIE LANE, DECEASED, WINFORD LATCHISON, JOHN LAWRENCE, GEARY LEE, JIMMIE LEE, TERRY G. LEE, JEFF LEWIS, JOHNNY D. LILE, JOHN LINEBARGER, DECEASED, RICHARD LOPEZ, JIM LUMMUS, ANDERSON LYNN, RICHARD LYONS, NATHANE MABRY, CALVIN MACKLIN, JACQUELINE MANNING, JAMES D. MANNING, JOHN MANUEL, DECEASED, JIMMY MAPLES, DECEASED, MARK MARANTO, JOHN L MARSHALL, RICKY MARSHALL, BOBBY JOE MARTIN, LOUIS MASON, JIMMIE MASSEY, CHARLES MASTERS, JOE MATTHEWS, ROY MAYFIELD, HERBERT McCARTY, ED MCCONNELL, WILLIAM T. McCOOL, JOHNNY McCRAY, KATHY McGEHEE, JOEL MCGUIRE, GEORGE MCKINNEY, GARRY MILLER, MIKE MILLER, JIMMY MILLS, RICKY MONTGOMERY, CALVIN MOORE, RONALD E. MOORE, CARL MORGAN, DECEASED, DAN MORRIS, PAUL MORRIS, THELMA MORRIS, WESLEY MORRIS, HERRERA MORRISON, DECEASED, ATTRICE MOSLEY, GEORGE MOTLEY, DONALD MURRELL, EUGENE NELSON, MARK NELSON, VINCENT NELSON, ALBERT NESBITT, CHARLES NESBITT, CLAUDELL NESBITT, CLAYTON NESBITT (DECEASED), HERMAN NESBITT, FLOY NEWKIRK, DECEASED, JOHN NEWSOME, DAVID NICHOLS, HORACE NIPPER, DECEASED, HOMER OLIVER, DECEASED, RICKY W. ONEY, CURTIS ONIC, JR., JAMES D. OWENS, J. D. PALMER, OLIVER PEGUES, SHIRLEY PEOPLES, FRANK PERKINS, YVONNIE PERKINS, HENRY PHELPS, PATRICK PICKITT, KENNETH PIPPIN, ALBERTO PITMAN, KENNETH PITT, EDWARD PLAISANCE, SR., DAN PLATT, DONALD POINTS, CHARLES PORTER, HENRY PORTER, JOSHUA PRESLEY, REX RANCOUR, VAN RANEY, JAMES REESE, ARTHUR REID, JOE RICE, NORMAN RIDGE, STEVE RIDGE, HORACE ROBERSON, GEORGE C. ROBERTS, JR., JOHN D. ROBERTS, JR., JOE ROBERTSON, EUGENE ROBINSON, RANDY ROBINSON, WILLIE RODGERS, SAMUEL ROY, HENRY

RUDD, OLIVER RUDD, EXIE RUSSELL, RANDOLPH RUSSELL, DAVID SCHAEFER, GERALD A. SCOTT, JAMES G. SCOTT, RAY SCOTT, WILLIAM P. SEWELL, SCOTT SHAVER, CHRIS SHELTON, EUNICE SIMMONS, WILBERT SIMMONS, STEVE SLOAN, ALBERT L. SMITH, ARLISSIA SMITH, BARRY SMITH, BOOKER T. SMITH DECEASED, JESSIE SMITH, WILLIAM E. SMITH, DECEASED, DAVID SMITHERMAN, CHARLES SNEED, PAUL SPARKS, JOHNNIE F. SPRADLEY, RODNEY SPARKS, CHARLES W. SPENCER, WILLIAM STANER, DOUG STANLEY, RICKY STARR, HAROLD STEED, DAVID STERLING, MICHAEL STEVENS, JOE STOCKTON, JIMMY STORY, J. D. STOVALL, GEORGE R. STRAIN, DAVID STROMAN, ADAN SUAREZ, FIACRO SUAREZ, DAVID SUMMERS, MICHAEL SUMMERS, BILLIE JEAN TATE, ALICE TAYLOR, CARVIN TAYLOR, RANDY TAYLOR, MELVIN TEMPLETON, CARLOS THOMAS, GREGORY THOMAS, BYRON THOMPSON, EDWARD L. THOMPSON (DECEASED), STEVEN TIDWELL, JERRY TIMMONS, LYNN TIMMONS, WEBSTER TIMMS, MARK TODD, CATARINO TOVAR, REUBEN TRAMMELL, CLARENCE W. TUCKER, DENNY TUCKER, DECEASED, GEORGE B. TULLOS, HERMAN TURNER, BARBARA WALKER, GLEN WALTERS, MURPHY WALTON, JR., C.J. WARREN, JOHN P. WASHINGTON, LONNIE WEISNER, EMORY WHETSTONE, EUGENE WHITE, HERBERT WHITE, JAMES G. WHITE, JERRY WHITLOW, NATHAN WILKINS, E ALLEN WILLIAMS, CHRIS WILLIAMS, HOLSEY WILLIAMS, KENNETH WILLIAMS, MICHAEL G. WILLIAMS, DECEASED, RONALD C. WILLIAMS, THOMAS WILLIAMS, WILLIE E. WILLIAMS, TIM A. WILLIAMSON, DONALD WILLIS, JON WILLIS, EDWARD C. WILSON, PHILLIP WILSON, WILLIE WINKLEY, ALLEN WISDOM, DECEASED, JOSEPH WOODROW, CHARLES R. WOODS, DECEASED, DAVID C. WOODS, DECEASED, JAMES LEONARD WOODS, GEORGE WOFFORD, ERNEST

WOOLRIDGE, JOE WORSHAM, JAMES E. WRIGHT, and DAVID ZUNIGA, and give notice

of their intent to the trial court's judgment rendered on August 8, 2014. This matter was taken on

direct appeal to the Texas Supreme Court, but jurisdiction was refused. The appeal is now taken to

the Court of Appeals in accordance with the Texas Rules of Appellate Procedure, Rule 57.5. This

appeal is taken to either the First or the Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

**Baldwin & Baldwin, L.L.P.**

By: ____/s/___F. Scott Baldwin, Jr.____
F. Scott Baldwin, Jr.
Texas Bar No. 01623800
400 West Houston
P.O. Drawer 1349
Marshall, TX 75671
scott@baldwinlaw.com
(903)935-4131
(903)935-9538 FAX

## CERTIFICATE OF SERVICE

Pursuant to Rules 21 and 21(a) of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing document has been provided to all counsel of record and/or attorneys-in-charge via e-filing, Certified Mail, Return Receipt Requested, and/or via facsimile, and/or via hand delivery, and/or via U.S. Mail on this 17th day of March, 2015.

____/s/___F. Scott Baldwin, Jr.____
F. Scott Baldwin, Jr.

CASE NUM: 200470000__ PJN> __   TRANS NUM: _____  CURRENT COURT: 333 PUB? _
CASE TYPE: MDL 13 (SILICA)              CASE STATUS: ACTIVE
STYLE: SILICA PRODUCTS LIABILITY LITIGAT VS INRE
================================================================================
                        **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
_      00003-0001 IVP 24068742 STATE OF TEXAS (AND THROUGH IT    GREENE, EVAN
_      00001-0002 IVD          SILICA PRODUCTS LIABILITY LITI
_      00002-0001 DEF 01817250 INRE                              BARRON, BARBA
_      00001-0001 PLT 13094400 SILICA PRODUCTS LIABILITY LITI    MARTIN, MIKE
_


==> (4) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      MAR 18, 2015(C1)
INT6510                      CIVIL CASE INTAKE              OPT: _____ - INT
                          GENERAL PARTY INQUIRY            PAGE:   1 -    1

CASE NUM: 200470000__ PJN> __   TRANS NUM: _____  CURRENT COURT: 333 PUB? _
CASE TYPE: MDL 13 (SILICA)              CASE STATUS: ACTIVE
STYLE: SILICA PRODUCTS LIABILITY LITIGAT VS INRE
================================================================================
                        **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
_      00003-0001 PVA 24012491 DAHLBERG, SHELLEY ALISA
_      00002-0001 PAD 06913500 FERGUSON, HARVEY JR
_      00001-0001 PAP 24006850 BLACK, JOHN MILTON
_


==> (3) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP